UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TOMMIE E. EVANS,

    Plaintiff,

v.                                             Case No. 17-C-1436

BRIAN FOSTER, et al.,

    Defendant.

## ORDER

On October 23, 2018, the court conducted a status hearing in the above matter. Plaintiff Tommie E. Evans, appearing pro se, advised the court that he had been able to identify the John Doe correctional officer named in his complaint. Evans indicated that actual name of the John Doe is Correctional Officer Ross. Accordingly, the court granted the oral motion to amend the complaint and substitute Correctional Officer Ross for John Doe in the original complaint.

Based upon the foregoing, the Clerk is directed to refile the Complaint with Correctional Officer Ross substituted for John Doe. Counsel for the defendants has agreed to accept service pursuant to the Memorandum of Understanding with the court on behalf of Correctional Officer Ross. Correctional Officer Ross is therefore granted 20 days from today to file an answer to the Amended Complaint naming him as the John Doe defendant.

**SO ORDERED** this   23rd   day of October, 2018.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court